**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST. ROOM 2060
NEWARK, NJ 07102

June 1, 2021

**LETTER ORDER**

Re: **International Longshoremen's Association v. United States Maritime Alliance, et al.**
    **Civil Action No. 21-10740 (SDW)**

Dear Counsel,

As discussed during the telephone conference held in this matter earlier today, and for the reasons set forth on the record, the Court orders as follows:

1) This action and any pending motions are hereby **ADMINISTRATIVELY TERMINATED**.

2) This shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41.

3) Any party may file a letter request to reopen this matter and restore it to the Court's active docket at the appropriate juncture.

**IT IS SO ORDERED.**

                                                                  s/ James B. Clark, III
                                                    **JAMES B. CLARK, III**
                                                    **United States Magistrate Judge**